**UNITED STATES DISTRICT COURT**            **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

DATE: 10/8/2014      CASE NUMBER: 14-03204M-(JR)

USA vs. Rachelle Eilene Miller-Valenzuela

U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU    Judge #: 70BN

U.S. Attorney Arturo A. Aguilar      INTERPRETER REQ'D N/A

Attorney for Defendant John Kaufmann (CJA)
Attorney for Material Witnesses Wanda Day, CJA

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☒ Oral consent to be tried by Magistrate Judge ☐ Misdemeanor Offense ☒ Petty Offense

☒ Arr/Plea of Guilty entered as to THE INFORMATION ☒ THE COMPLAINT to be dismissed upon entry of judgment.

☒ Court accepts defendant's plea and finds plea to be freely and voluntarily given.

☐ Court finds factual basis insufficient to accept defendant's plea of guilty to Ct(s) ___ of ___

☐ Order Videotape Deposition set for _____, vacated.

☐ **PSI ORDERED** ☒ Time waived for passage of sentence ☐ Probation violation

☐ Matter continued for sentencing to ❖ at ❖ before ❖.

☒ Attorney for defendant waives the 10-day requirement within which to review the presentence report.

---

**SENTENCING**: Defendant committed to ☒ Bureau of Prisons for a period of THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED

☐ jail type institution for a period of _____

---

☐ In addition, defendant shall ☐ serve a term of _____ ☐ is placed on a period of _____ supervised/unsupervised ☐ release ☐ probation on the condition that defendant violate no law of the United States of America and no law of any state of the United States of America; that the defendant shall make the required reports and carry out the directions of the probation officer tending toward defendant's rehabilitation.

☐ If the Immigration & Naturalization Services authorities cause the defendant to leave the United States of America, no reports shall be required of defendant.

☐ Additional conditions of probation: _____

☐ Defendant advised by counsel of right to appeal.

☐ Defendant is fined the sum of $_____ ☒ Defendant is assessed the sum of $ REMITTED. Assessment is payable IMMEDIATELY.

☒ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that THE COMPLAINT be dismissed.

☐ Order bond be exonerated. Bond _____

**MATERIAL WITNESS(ES)**: 1-Eva Ramirez-Contreras 2-Jaime Carbajal-Sanchez
It is ordered the Material Witnesses be Released and the Video Deposition scheduled for 10/10/14 be VACATED

         Recorded by Courtsmart    COP: 5
         BY: Peggie Robb    Sent: 0
         Deputy Clerk

         Start time: 9:00
         Stop time: 9:05